IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

      Plaintiff,

v.

O'REILLY AUTOMOTIVE
STORES, INC.,
a Foreign Profit Corporation,
d/b/a O'Reilly Auto Parts,

      Defendant.
_____/

CIVIL ACTION FILE NO.:

1:22-CV-00528-TWT

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant have reached a settlement. The parties will file a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as soon as the settlement documentation is finalized between the parties. The parties ask that all pending deadlines be suspended pending the filing of a final stipulation of dismissal.

Respectfully submitted this 27th day of June, 2022.

| | |
|---|---|
| */s/ Matthew N. Pope* | */s/ Ronald G. Polly, Jr.* |
| Matthew N. Pope | Ronald G. Polly, Jr. |
| GA Bar No. 584216 | GA Bar No. 583264 |
| matt@mpopelaw.com | RPolly@hpylaw.com |
| Matthew N. Pope, P.C. | Hawkins, Parnell & Young, LLP |
| 900 2nd Avenue | 303 Peachtree Street, NE, Ste. 4000 |
| Columbus, Georgia 31902 | Atlanta, Georgia 30308 |
| Tel.: (706) 324-2521 | Tel.: (404) 614-7547 |

*Attorneys for Plaintiff*                                    *Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MICHAEL ESTRADA,

      Plaintiff,                  CIVIL ACTION FILE NO.:

v.                                     1:22-CV-00528-TWT

O'REILLY AUTOMOTIVE
STORES, INC.,
a Foreign Profit Corporation,
d/b/a O'Reilly Auto Parts,

      Defendant.
_____/

## CETFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically serve the filing on all parties who have entered an appearance in this case.

This 27th day of June, 2022.

                                          */s/ Matthew N. Pope*
                                          Matthew N. Pope