IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

    Plaintiff,

v.

O'REILLY AUTOMOTIVE STORES, INC.,
a Foreign Profit Corporation,
d/b/a O'Reilly Auto Parts,

    Defendant.

Civil Action File No.
1:22-cv-00528-TWT

_____/

## JOINT STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE

The parties to this action, through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: July 26, 2022

By:   */s/ Ron G. Polly, Jr.*　　　　　　　　　　　　　　*/s/ Matthew N. Pope*
      Ron G. Polly, Jr., Esq.　　　　　　　　　　　　Matthew N. Pope, Esq.
      Georgia Bar No. 583264　　　　　　　　　　　Georgia Bar No. 584216
      RPolly@hpylaw.com　　　　　　　　　　　　matt@mpopelaw.com

| | |
|---|---|
| **HAWKINS PARNELL & YOUNG, LLP** | **MATTHEW N. POPE, P.C.** |
| 303 Peachtree Street, N.E., Ste 4000 | 900 2nd Avenue |
| Atlanta, Georgia 30308 | Columbus, Georgia 31902 |
| Telephone: (404) 614-7596 | Tel.: (706) 324-2521 |
| | Facsimile: (706) 324-0466 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED, this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

Case 1:22-cv-00528-TWT   Document 11   Filed 07/26/22   Page 4 of 4